Before the First Division, April 6, 1955

No. 58930.—J. H. Bleistein, Inc., et al. v. United States, protests 712844–G, etc. (New York).

Opinion by Oliver, C. J.   It was stipulated that the items marked "A" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480); that the items marked "G" consist of goatskins the same as those involved in *United States* v. *Winograd Bros., Inc.* (32 C. C. P. A. 153, C. A. D. 302); that the items marked "L" consist of lambskin plates the same as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643); and that the items marked "M" consist of moufflons similar to those involved in Abstract 57768.   Accepting this stipulation as a statement of fact and following the cited decisions, the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*, insofar as the items marked "A" and "L" are concerned.

No. 58931.—Kung Chen Fur Corpn. et al. v. United States, protests 942355–G, etc. (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.

No. 58932.—Moses Todrin and W. J. Byrnes & Co., of N. Y., Inc., et al. v. United States, protests 20699–K, etc. (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra*.